# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SILVA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and DOES 1 through 500, inclusive,<br><br>Defendant. | CASE NO. 08cv1717 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Dismiss (Doc. # 7) is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.** The parties shall bear their own attorneys' fees and costs.

DATED: October 6, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge